RECEIVED
JAN 17 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____ cB

3:23-cv-0073  Sec P

1-13-23

Hello! This is Artari P. Woosyls # 389614 now I'm at Maslison where people Dying & Killing at. I aint been in know trouble at all & still get sent to the worste place. Bein slenied work release for nothing just to keep me places like this. Bfore I came bakk here I went to Cotatula from Morehouse & went through some Prea issues. Also at Bossier I filed one on the Doctor & they took it out on me. Kikk me out Drug program called the Steve Hoyle program. I wanna file suits about it all either with yall or the 19th Judicial. I'm scared for my life here. They offer nothing here for me. Plus the 1st time I was here I went through some things with not just inmates. I'm recievein threats from that Cause they dont want me to mention or wat they call dont want me to rat on them. I dont need to be here. Please help me get from here to a more safer place.